**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marco Antonio Jimenez, | ) | No. CV-09-998-PHX-DGC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Julie P. Newell; Christopher T. Whitten; | ) | |
| Andrew Thomas; Joseph M. Arpaio; | ) | |
| State of Arizona, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 3, 2009, the Court dismissed Plaintiff's case (Doc. 25) and the Clerk entered judgment against Plaintiff (Doc. 26).  On February 15, 2011, Plaintiff filed a motion for reconsideration of both the order and the judgment.  Doc. 32.  The motion will be denied as untimely.  LRCiv 7.2(g); Fed. R. Civ. P. 60(c)(1).

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 32) is **denied**.

DATED this 8th day of April, 2011.

_David G. Campbell_

_____
David G. Campbell
United States District Judge